UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SEGWAYNE KIRK ANTHONY GOLDSON,**

    Petitioner,

v.                                        Case No. 5:23-cv-225-TKW-MAF

**RICKY D. DIXON, Secretary, Florida Department of Corrections,**

    Respondent.

_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14) and Petitioner's objections (Doc. 15). Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determinations that Petitioner is not entitled to habeas relief; that a certificate of appealability should be denied;[1] and that leave to appeal in forma pauperis should be denied. Accordingly, it is

    **ORDERED** that:

---

[1] The Report and Recommendation directed the parties to make any argument regarding a certificate of appealability in their objections, *see* Doc. 14 at 52, but Petitioner's objection did not include any argument on that issue.

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's §2254 habeas petition (Doc. 1) is DENIED on the merits.

3. A certificate of appealability is DENIED.

4. Leave to appeal in forma pauperis is DENIED.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 29th day of September, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**